**92–1492.** Price v. Stoeckel. *Montgomery County*, No. CA 13212.

**92–1498.** Cincinnati Ins. Co. v. Gaines Reporting Serv. *Lucas County*, Nos. L–91–290 and L–91–332.
MOYER, C.J., and WRIGHT, J., dissent.
RESNICK, J., not participating.

**92–1502.** Hurst v. Fondriest. *Tuscarawas County*, No. 91AP–100074.
DOUGLAS and RESNICK, JJ., dissent.

**92–1504.** Clark v. Simon. *Portage County*, No. 91–P–2362.

**92–1506.** State v. Sharp. *Shelby County*, No. 17–91–22.

**92–1507.** Sphere Drake Ins. Co. v. Ross. *Summit County*, No. 15366.
H. BROWN, J., dissents.

**92–1509.** Stenger v. Limbach. *Montgomery County*, No. 12954.

**92–1512.** In re Estate of Bednarczuk. *Warren County*, No. CA91–08–065.

**92–1518.** Busler v. D & H Mfg., Inc. *Franklin County*, No. 91AP–1175.
HOLMES and WRIGHT, JJ., dissent.

**92–1527.** Kreider v. Ft. Recovery. *Mercer County*, No. 10–92–6.

**92–1528.** Fifth Third Bank of Northwestern Ohio v. Browning. *Seneca County*, No. 13–91–57.

**92–1532.** DeVault v. DeVault. *Franklin County*, No. 91AP–1089.
HOLMES and WRIGHT, JJ., dissent.

**92–1535.** Awadalla v. Robinson Mem. Hosp. *Portage County*, No. 91–P–2385. On motion to certify the record and on motions for leave to file *amicus* of Ohio Hospital Association and Greater Cleveland Hospital Association. Motions denied.
MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**92–1536.** Spitler v. Select Tool & Die Co. *Montgomery County*, No. CA 12791.
HOLMES and WRIGHT, JJ., dissent.

**92–1539.** Reddington v. Fireman's Fund Ins. Co. *Mahoning County*, No. 91 C.A. 117.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1540.** Nationwide Ins. Co. v. Tobler. *Warren County*, No. CA91–09–068.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1557.** Tillimon v. Zoll–Okuley. *Lucas County*, No. L–91–263.
RESNICK, J., not participating.

**92–1559.** Adams v. Mihm. *Franklin County*, No. 92AP–88.
DOUGLAS and RESNICK, JJ., dissent.

**92–1560.** Martin v. Happy's Restaurant & Lounge. *Stark County*, No. CA–8816.

**92–1564.** Nelson v. Nelson. *Cuyahoga County*, No. 60824.
WRIGHT, J., dissents.

**92–1578.** State v. Clark. *Portage County*, No. 91–P–2331.

**92–1583.** Star Bank, N.A. v. Unruh. *Montgomery County*, No. 13143.

**92–1590.** SMC–SEICOM, Inc. v. Butche. *Franklin County*, No. 91AP–1264.

**92–1591.** Bagley v. Hall. *Franklin County*, No. 92AP–18.
HOLMES and WRIGHT, JJ., dissent.

**92–1592.** Reynolds v. Bank One. *Montgomery County*, No. 12873.
H. BROWN, J., not participating.

**92–1596.** Greene v. Price. *Ashtabula County*, No. 91–A–1650.